**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
DONOVAN LAMONTE HALEY,        )   NO. CV 22-352-SB(E)
                              )
            Plaintiff,        )
                              )
     v.                       )   JUDGMENT
                              )
B. SANCHEZ-OFFICER #11370,    )
                              )
            Defendant.        )
_____)
```

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant.

DATED: ___November 21, 2022_____.

                                       _____
                                            STANLEY BLUMENFELD JR.
                                         UNITED STATES DISTRICT JUDGE